**Order entered October 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00318-CR**
**No. 05-22-00319-CR**

**ROYNECO TIUN HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-75527-R & F19-75498-R**

**ORDER**

Before the Court is appellant's October 3, 2022 second motion to extend the time to file appellant's brief. We **GRANT** the motion to the extent we **ORDER** appellant's brief filed by **November 4, 2022**. If appellant fails to file his brief by November 4, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    LANA MYERS
        JUSTICE